"Upon due consideration of the foregoing, the court finds that its decision in this case is in fact in conflict with the three cases cited above. Accordingly, appellant's motion to certify is hereby GRANTED. The issue for certification is whether a wrongful death claimant who is a statutory beneficiary of an insured decedent can recover under the uninsured motorist provisions of the decedent's insurance policy if he is not a named insured under the policy."

F.E. SWEENEY, J., dissents.

RESNICK, J., not participating.

96-892. Associated Paper Stock, Inc. v. Tracy. *Mahoning County,* No. 95 C.A. 34. On motion for stay of execution. Motion granted.

PFEIFER, COOK and STRATTON, JJ., dissent.

## MISCELLANEOUS DISMISSALS

95-946. State ex rel. Cleveland v. Pub. Util. Comm. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

96-218. Dawson v. Indus. Comm. *Franklin County,* No. 94APD10-1440. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant/cross-appellee has not filed a merit brief, due April 23, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the appeal of Robert Dawson be, and hereby is, dismissed *sua sponte.*

The appeal of the Industrial Commission of Ohio et al. remains pending. The cross-appellants' brief is due May 23, 1996, and the parties shall proceed to brief the cross-appeal pursuant to the provisions of S.Ct.Prac.R. VI(1), (2), and (3).

96-884. State ex rel. Twyford v. Bodine. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

96-961. State ex rel. Russell v. Swain. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration of relator's motion to expedite ruling of the issuance of an alternative writ,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

F.E. SWEENEY, J., would deny an alternative writ.

STRATTON, J., would grant the motion to expedite.

96-966. State ex rel. Ohio Dept. of Rehab. & Corr. v. Corrigan. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the cause be, and hereby is, dismissed.

96-1039. Bank One Columbus, N.A. v. O'Brien. *Franklin County,* No. 95APD08-1094. This cause is pending before the court as a discretionary appeal. On May 6, 1996, when the appeal was filed, appellant did not submit the docket fee, or an affidavit of indigency in lieu of the fee, to satisfy the requirement imposed by R.C. 2503.17 and S.Ct.Prac.R. XV. Whereas R.C. 2503.17 and S.Ct. Prac.R. XV require that the docket fee shall be paid before a notice of appeal is filed or a case is docketed,

IT IS ORDERED by the court, *sua sponte,* that this cause be, and hereby is, dismissed.

96-1087. Schindler v. Fed. Correctional Inst., Inc. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner

prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

96–1088. Wright v. Fed. Correctional Inst., Inc. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

96–1109. State ex rel. Youngstown City School Dist. Bd. of Edn. v. Krichbaum. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

Cook, J., dissents and would wait for respondent's response.

96–1132. Anderson v. Bodzick. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

96–1134. Bundy v. Fed. Correctional Inst., Inc. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

96–1138. LaBeff v. Fed. Correctional Inst., Inc. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

## DISCRETIONARY APPEALS ALLOWED

95–2657. Bucyrus v. Fritz. *Crawford County,* No. 39520. Discretionary appeal allowed on Proposition of Law No. II only; *sua sponte*, cause held for the decision in 95–1377 and 95–1466, *supra*; briefing schedule stayed.

95–2668. Nationwide Mut. Ins. Co. v. Gula. *Summit County,* No. 17221. Discretionary appeal allowed; *sua sponte*, cause held for decision in 94–2569, *Cole v. Holland,* Summit County, No. 16703; briefing schedule stayed.

95–2677. Columbus v. Grove. *Franklin County,* No. 95APC06–679. Discretionary appeal allowed on Proposition of Law Nos. I and II; *sua sponte*, cause held for the decision in 95–372, *State v. Dick,* Tuscarawas County, No. 94AP040025; briefing schedule stayed.

Discretionary appeal allowed on Proposition of Law No. III; *sua sponte*, cause held for decision in 95–1377 and 95–1466, *supra*; briefing schedule stayed.

96–2. Thomas v. Freeman. *Summit County,* No. 17247.

Moyer, C.J., Resnick and Cook, JJ., dissent.

96–66. Columbus v. Brown. *Franklin County,* No. 95APC08–993. Discretionary appeal allowed; *sua sponte*, cause held for the decision in 95–1377 and 95–1466, *supra*; briefing schedule stayed.

96–67. State v. Gordon. *Franklin County,* No. 95APC08–1098. Discretionary appeal allowed; *sua sponte*, cause held for the decision in 95–1377 and 95–1466, *supra*; briefing schedule stayed.

96–69. Columbus v. Lambros. *Franklin County,* No. 95APC06–704. Discretionary appeal allowed; *sua sponte*, cause held for the decision in 95–1377 and 95–1466, *supra*; briefing schedule stayed.

96–108. Perez v. Cleveland. *Hamilton County,* No. C–940553.

F.E. Sweeney, Pfeifer and Cook, JJ., dissent.